UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOE SOTO, RAMIRO ORTEGA, MARIA S. HERNANDEZ and YESENIA R. HERNANDEZ, individually and as alter egos of business entity PUERTO VALLARTA, INC., <br><br> Defendant. | Case No. 4:13-cv-00062-BLW <br><br> **ORDER** |

The Court has before it Defendants' Motion in Limine (Dkt. 22). In its Order Setting Trial the Court set a number of deadlines for trial, including a May 14, 2014 deadline for disclosing witness lists, exhibits lists, and exhibits. Plaintiff failed to make any disclosures, and Defendants now ask the Court to exclude Plaintiff from presenting any witnesses or exhibits at trial. The Court ordered Plaintiff to respond to the motion in limine on or before May 21, 2014. Plaintiff failed to respond. Accordingly, the Court will grant the motion.

**ORDER**

**IT IS ORDERED:**

1. Defendants' Motion in Limine (Dkt. 22) is **GRANTED**. Plaintiff is

excluded from presenting witnesses and exhibits at trial. The Court will proceed with the scheduled pretrial conference; however, the Court does not see how this case can proceed to trial.

DATED: **May 22, 2014**

B. LYNN WINMILL
Chief U.S. District Court Judge